AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**BABETTE C. WRAY,**

       **Plaintiff,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**PATRICK R. DONAHUE,**     **CASE NO.   2:13-CV-1006**
**POSTMASTER GENERAL, et al.,**     **JUDGE EDMUND A. SARGUS, JR.**
                                          **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

_____ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

Pursuant to the OPINION AND ORDER filed August 21, 2014, JUDGMENT is hereby entered in favor of Defendants. This case is DISMISSED.

Date: August 21, 2014                              JOHN P. HEHMAN, CLERK

                                                                     */S/ Andy F. Quisumbing*
                                                                   (By) Andy F. Quisumbing
                                                                   Courtroom Deputy Clerk